CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JOHN J. LEWIS (SBN: 216119)
john@lewislaw.info
LAW OFFICES OF LEWIS & LEWIS, APC
14241 E. Firestone Blvd., Suite 400
La Mirada, CA 90638
Telephone: (562) 293-4073
Facsimile: (562) 941-2459
Attorney for Defendants
Mark Troughton and Mobile Computer Solutions Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARK TROUGHTON; MOBILE COMPUTER SOLUTIONS CORPORATION, a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 2:18-CV-01771-JFW-GJS <br><br> **JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: May 21, 2018       CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: May 21, 2018       LAW OFFICES OF LEWIS & LEWIS, APC

By: _/s/ John J. Lewis_____
    John J. Lewis
    Attorney for Defendants
    Mark Troughton and Mobile Computer Solutions Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to John J. Lewis, counsel for Mark Troughton and Mobile Computer Solutions Corporation, and that I have obtained Mr. Lewis's authorization to affix his electronic signature to this document.

Dated: May 21, 2018         CENTER FOR DISABILITY ACCESS

                            By: /s/ Phyl Grace
                                Phyl Grace
                                Attorney for Plaintiff