1  CENTER FOR DISABILITY ACCESS
2  Chris Carson, Esq., SBN 280048
   Ray Ballister, Jr., Esq., SBN 111282
3  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
4  <u>Mail</u>: PO Box 262490
   San Diego, CA 92196-2490
5  <u>Delivery</u>: 9845 Erma Road, Suite 300
   San Diego, CA 92131
6  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
7  Attorneys for Plaintiff

8  JOHN J. LEWIS (SBN: 216119)
   john@lewislaw.info
9  LAW OFFICES OF LEWIS & LEWIS, APC
   14241 E. Firestone Blvd., Suite 400
10 La Mirada, CA 90638
   Telephone: (562) 293-4073
11 Facsimile: (562) 941-2459
   Attorney for Defendants
12 Mark Troughton and Mobile Computer Solutions Corporation

13

14              UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA

16 | RAFAEL ARROYO, JR.,                              | Case: 2:18-CV-01771-JFW-GJS
17 |            Plaintiff,                            |
18 | v.                                               | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**
19 | MARK TROUGHTON; MOBILE COMPUTER                  |
20 | SOLUTIONS CORPORATION, a                         |
21 | California Corporation; and Does 1-10,           |
22 |            Defendants.                           |

1

Joint Stipulation for Dismissal          Case: 2:18-CV-01771-JFW-GJS

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 11, 2018          CENTER FOR DISABILITY ACCESS

                              By: /s/ Phyl Grace
                                  Phyl Grace
                                  Attorneys for Plaintiff

Dated: 5/17/18                LAW OFFICES OF LEWIS & LEWIS, APC

                              By:  /s/ John J. Lewis
                                   John J. Lewis
                                   Attorney for Defendants
                                   Mark Troughton and Mobile
                                   Computer Solutions Corporation